# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**                                        **CASE NO. 3:06-cv-649-J-16HTS**

**CURRENCY, $6,199.00**

    Defendant**.**

_____ /

## ORDER

Before the Court is a <u>Motion for Leave to Contest Forfeiture</u> (Dkt #12) filed on March 26, 2007 filed by Emory Donaldson. The Government has failed to respond In reviewing the file in this case, the Court finds this Motion was filed out of time. An acknowledgment of receipt of notice was filed by Mr. Donaldson on March 26, 2207 (Dkt #11) reflecting that he received notice on February 27, 2007. By signing this acknowledgment, Mr Donaldson acknowledged notice that a default judgment may be entered against him if a Verified Statement of Interest is not filed with the Clerk of the Court within twenty (20) days of the receipt of the Notice. The instant Motion, filed nearly one month after notice, is well outside of the time permitted for filing such a statement and no legitimate reason was found in Mr. Donaldson's lengthy, rambling and somewhat incoherent Motion. Therefore, based on the above, the Motion is **DENIED**.

    **BY ORDER OF THE COURT,** at Jacksonville, Florida, this <u> 23rd </u> day of May, 2007.

Copies to: Counsel of Record

_____
JOHN H. MOORE II
United States District Judge